UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:21-cr-00069-MC |
| v. | INFORMATION |
| DAVID DELGADILLO PERALES, | 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) |
| Defendant. | Forfeiture Allegation |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Possession with Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(B)(viii))**

On or about January 29, 2021, in the District of Oregon, defendant **DAVID DELGADILLO PERALES** did unlawfully and knowingly possess with intent to distribute 50 grams of more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

**FORFEITURE ALLEGATION**

Upon conviction of the offense in Count 1, defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained,

**Information** **Page 1**

directly or indirectly, as a result of the aforesaid violation and any property used, or intended to

be used, in any manner or part, to commit, or to facilitate the commission of said violation.

      Dated: March 1, 2021

                                    Respectfully submitted,

                                    SCOTT ERIK ASPHAUG
                                    Acting United States Attorney

                                    *s/ Jeffrey S. Sweet*
                                    JEFFREY S. SWEET, OSB #994183
                                    Assistant United States Attorney